UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO,<br><br>               Plaintiff,<br><br>  v.<br><br>COUNTY OF FRESNO DEPENDENCY COURT,<br><br>               Defendant. | Case No. C11-831-TSZ<br><br>**ORDER OF DISMISSAL** |

    The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 5 to which plaintiff filed no substantive objections but only a notice of appeal, finds and Orders as follows:

1. The Report and Recommendation is **ADOPTED**;

2. This action is **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted; and

3. The Clerk shall send a copy of this Order to plaintiff and to Judge Tsuchida.

DATED this 10th day of June, 2011.

                                                   Thomas S. Zilly
                                                 United States District Judge

ORDER OF DISMISSAL - 1